IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS LINDSEY,

    Plaintiff,

v.

ELIZABETH SCHNIEDER, et al.

    Defendants.

ORDER

Case No. 19-cv-1057-jdp

On January 15, 2020, plaintiff Carlos Lindsey, an inmate in the custody of the Wisconsin Department of Corrections, was assessed $1.34 as an initial partial filing fee in this case. Now, plaintiff has submitted a request to waive his initial partial payment along with an interview / information request that shows he has insufficient funds to cover the $1.34 initial partial filing fee. Accordingly, it appears that plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment. Under these circumstances, the court will not require plaintiff pay the $1.34 initial partial filing fee. Plaintiff is advised that the full $350 filing fee for indigent litigants remains plaintiff's obligation. *See* 28 U.S.C. § 1915A.

ORDER

IT IS ORDERED that plaintiff Carlos Lindsey has no means to pay the $1.34 initial partial payment of the $350.00 fee for filing this case. However, the $350.00 fee remains plaintiff's obligation.

Entered this 9th day of March, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge