IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARLOS D. LINDSEY,

    Plaintiff,

v.

Case No. 19-cv-1057-jdp

ELIZABETH SCHNEIDER, REED TREFZ, GARY BOUGHTON, MARK KARTMAN, AND LEBBREUS BROWN,
    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 4/14/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |