Carlos Lindsey V. Gary Boughl. et. al.,
Re: Case No. 19-cv-1057

Notice of Appeal To A Court Of Appeals From
A Judgment or order of A District court

Notice is Hereby Given That Carlos Lindsey (Plaintiff) Hereby Appeal To The United States court of Appeals for The Seventh Circuit The final Judgment And or order Entered In This Action on This 19th day of April, 2020.

United States District for The Western
District of Wisconsin
File Number. 19-cv-1057

Respectfully submitted
By Carlos D. Lindsey
(WSPF) P.O. Box 1000
Boscobel. WI 53805

This 19 day of April, 2020